AUSA:   Christopher Rawsthorne          Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint          Task Force Officer:   D'Von Snead          Telephone:  (313) 965-2323

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America
    v.

Jigger O. Garcia

Case No.     Case: 2:22−mj−30341
Assigned To : Unassigned
Filed: 8/12/2022
CMP USA V GARCIA (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  _August 4, 2022 through August 11, 2022_  in the county of  _Macomb and elsewhere_  in the
_____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2422(b) | Coercion and enticement of a minor, including attempt |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

D'Von E. Snead, Task Force Officer (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date:  _____August 12, 2022_____

_____
*Judge's signature*

City and state:  _Detroit, Michigan_____

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT AND ARREST WARRANT

I, D'Von Snead, having been first duly sworn, do hereby depose and state as follows:

### I.    INTRODUCTION

1.     I have been employed as a Task Force Officer of the Federal Bureau of Investigation (FBI) since January 2022 and employed as a Michigan State Police Trooper since January 2018. I am currently assigned to the FBI Detroit Division. As a Task Force Officer (TFO), I investigate federal criminal violations relating to matters involving the online sexual exploitation of children. I am currently assigned to the Southeast Michigan Trafficking and Exploitation Crimes Task Force (SEMTEC).  I have gained experience through training at the Michigan State Police Academy, post-Academy training, and everyday work related to conducting these types of investigations. Before joining the SEMTEC, I worked as a Detective/Trooper/Specialist (D/Tpr/Spl) with the Michigan State Police, Computer Crimes Unit, Internet Crimes Against Children Task Force.

2.     This affidavit is made in support of an application for a criminal complaint and arrest warrant for **JIGGER O. GARCIA** (date of birth \*\*/\*\*/1971) for violating 18 U.S.C. § 2422(b) coercion and enticement or a minor, including attempt.

3.     The statements contained in this affidavit are based in part on written reports from other law enforcement agents, independent investigation and analysis by law enforcement officers/analysts, and my experience, training, and background as a D/Tpr/Spl with the Michigan State Police and a TFO with the FBI. Because this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to law enforcement concerning this investigation.  The facts set forth establish probable cause that **GARCIA** has violated 18 U.S.C. § 2422(b).

## II.    PROBABLE CAUSE

4.     On August 4, 2022, at approximately 0912 hours, I observed an ad posted on the dating website, Doublelist.com, announcing the user was seeking, "straight, married, young and men in uniform" for sexual activity/intercourse.  The Doublelist.com ad was not age-specific within the body of the ad and the observed ad was one of many posted by the user; all stating the creator was looking for various types of males, including "young" males. The posted ads included a KIK instant messaging and social networking app account/username, "Blowyougood****".

5.     On August 4, 2022, I contacted the KIK account/username, "Blowyougood****", purporting to be a 15-year-old boy.  I advised the "Blowyougood****" KIK account/user I was contacting him as a result of the

posted Doublelist.com ad. The "Blowyougood****" KIK account/user asked, "so how old are you, what's your stats, and where are you're from?". In response, I advised I was a 15-year-old male from Detroit, MI. The "Blowyougood****" KIK account/user replied, "ok", followed up by "what are you into?". The "Blowyougood****" KIK account/user proceeded to ask if I had other means to communicate other than the KIK app. I advised the "Blowyougood****" KIK account/user I did not have any social media apps due to having a strict mother, but I could converse via telephone when my mother was not around. The "Blowyougood****" KIK account/user asked, "so can we exchange number?". I provided a contact number to the "Blowyougood****" KIK account/user.

6.      On August 4, 2022, I received a text message from an ***-***-2742 phone number. When asked, the individual identified himself as "John" from KIK. He later advised he was a 50-year-old Asian male residing in Chesterfield, MI.

7.      From August 4, 2022, to August 10th, 2022, approximately 1,108 text messages were exchanged between the suspect and me. **GARCIA** told me in text messages that he was okay with my age (15 years old) and that he has a sexual interest in pubescent children. On multiple occasions, **GARCIA** turned the conversation very sexual and lewd and would ask to meet me in person to have sexual intercourse, even after I reiterated, that I was 15 years of age. The following are some text messages sent from the GARCIA.

8.      On August 4, 2022, the suspect asked, "So have you done anything with a guy before", and again on the same day the suspect asked, "so you like be sucked?" and advised, "I have quite a few experiences with guys".

9.      On August 4, 2022, the suspect stated, "If this happens, you will be my first black boy *emoji*".

10.     On August 4, 2022, the suspect stated, "Great. I want this to turn this into a friendship not just sex".

11.     On August 4, 2022, the suspect asked, "So what else do you wanna experience aside from getting a blowjob? And please let me know if the words that I use is offending you in anyway".

12.     On August 4, 2022, the suspect stated, "I'm leaving Detroit now. I'm on my way home. I was wondering and I hope it's not too fast to ask if you want to have lunch"

13.     On August 8, 2022, the suspect stated, "I don't like my boy to do what I'm doing to him. I want my boy to be fully straight. I never let him suck me or even touch me. Yes he did one thing to me that he likes doing once in a while and that is to do my from behind".

14.     On August 8, 2022, the suspect stated, "You want to use condom? If ever we get to excited and you want to do me from behind, is ok not to use condom? I don't like it with rubber because it doesn't feel real and good. But if you

4

don't like to fuck me without condom it's ok".

15.     On August 8, 2022, **GARCIA** and I agreed to meet in the parking lot of C Note Lounge bar in Detroit, MI for sexual intercourse.  It was agreed upon that **GARCIA** will bring condoms and food (two McDonald's McChicken with cheese and ketchup) for me.  **GARCIA** indicated that he would bring the items.

16.     When I asked **GARCIA** if has been with anyone my age before (15 years old), **GARCIA** self-proclaimed to have previously been with a young male close in age but stated the young male moved away which ended the sexual relationship between the two.  When asked, the suspect would not specify age and/or provide more information about who the young male is/was.

17.     Utilizing TLOxp, I queried the phone number, ***-***-2742, and discovered the number is linked to **GARCIA**, who resides in Chesterfield, MI.

18.     On August 5, 2022, Special Agent Raymond Nichols of the FBI Detroit office submitted an administrative subpoena for the AT&T phone number ***-***-2742.  As a result of the subpoena, AT&T provided subscriber information for the phone number, ***-***-2742, which specified, at the time of this incident, the number is/was registered to a **JIGGER OCCENA GARCIA**, who resided in Chesterfield, MI.

19.     Utilizing the Statewide Network of Agency Photos (SNAP) Unit Program, a central repository for storing the State of Michigan's digital facial

5

images and associated data for law enforcement access, I queried **GARCIA's** name and discovered one individual associated with the inquiry. A Secretary of State (SOS) image was obtained of **GARCIA**.

20.     On August 11, 2022, at approximately 1157 hours, **GARCIA** showed a secondary predetermined meet location (established the day of August 11, 2022) which was a parking lot managed by the Global Empowerment Ministries (Church). **GARCIA** was subsequently taken into custody by members of the SEMTEC Task Force.

21.     Once **GARCIA** was in custody, it was observed he had McDonald's inside of his vehicle on the front passenger seat. It was later discovered to be two McDonald's McChicken with cheese and ketchup.

22.     Prior to being interviewed, **GARCIA** was read his *Miranda* warnings, to which he waived his rights and agreed to be interviewed by investigators. **GARCIA** was interviewed on-scene inside of an FBI unmarked vehicle by the writer.

23.     During the interview of **GARCIA**, he was asked if he knew the reason he was in custody and **GARCIA** advised he did. **GARCIA** admitted to investigators that he was at the location to meet a 15-year-old boy named, "Jordan" to have sexual intercourse.  When asked to specify, he stated he intended to perform oral sex on the 15-year-old boy and allow the child to "take him from

6

behind" (which was later determined to be anal sex).

24.     When asked, **GARCIA** stated the McDonald's was for the 15-year-old boy and **GARCIA** also advised he brought condoms which were located inside a Louis Vuitton bag in his vehicle.

### III.    CONCLUSION

25.     Probable cause exists that **JIGGER O. GARCIA** violated 18 U.S.C. § 2422(b) - coercion and enticement or a minor, including attempt.

Respectfully submitted,

D'Von Snead, Task Force Officer
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HONORABLE DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE

Date:   August 12, 2022